IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN P. LANKFORD, ) | |
| ) | |
| v. ) | 3:06-1214 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security ) | |

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Knowles in which he recommends Plaintiff's Motion for Judgment on the Administrative Record be granted and that this case be remanded. No objections have been filed.

The Court has read and considered the report of the Magistrate Judge and finds that the report is correct in law and fact. The Report and Recommendation is adopted by this Court.

For the reasons set forth in the Report and Recommendation, the Plaintiff's Motion for Judgment on the Administrative Record, Document #17, is GRANTED, and the case is REMANDED.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge